[No. 23533-1-II.  Division Two.  April 14, 2000.]

KK & LL Corp., et al., *Appellants*, v. Alamo Group, Inc., et al., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-01431-2, Don L. McCulloch, J., entered June 12, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 23687-7-II.  Division Two.  April 14, 2000.]

*In the Matter of the Marriage of* Jerry E. Harris, *Appellant*, and Vicki L. Harris, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-00800-9, Frederick W. Fleming, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 23745-8-II.  Division Two.  April 14, 2000.]

The State of Washington, *Respondent*, v. Kenneth Dewey Fleet, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00263-5, James E. Warme, J., entered September 11, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 23907-8-II.  Division Two.  April 14, 2000.]

John D. Vukovich, D.C., *Appellant*, v. Department of Labor and Industries, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-02157-2, Christine A. Pomeroy, J., entered October 6, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, J., and Draper, J. Pro Tem.